```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/5/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SOJKA,

                Plaintiff,

-against-

STERLING MUDGE and UNITED STATES OF AMERICA,

                Defendants.

23 Civ. 3741 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 9, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by July 3, 2023. ECF No. 8. To date, Defendants have not appeared in this action, and those submissions are now overdue. Accordingly, by **August 4, 2023**, the parties shall submit their proposed case management plan, or Plaintiff shall advise the Court of his intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: July 5, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge