UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SOJKA,

                Plaintiff,

-against-

STERLING MUDGE and UNITED STATES OF AMERICA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2023_

23 Civ. 3741 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 7, 2023, the Court directed Plaintiff to file a status update with the Court by September 7, 2023. ECF No. 12. That submission is now overdue. Accordingly, by **September 15, 2023**, Plaintiff shall file a status update. Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

    SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge