UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SOJKA,

                     Plaintiff,

      -against-

STERLING MUDGE and UNITED STATES OF AMERICA,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/14/2023_

23 Civ. 3741 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's letters dated September 13, 2023. *See* ECF Nos. 14–15. Accordingly, by **October 5, 2023**, Plaintiff shall file his motion for alternative service.

      SO ORDERED.

Dated: September 14, 2023
       New York, New York

                                                       ANALISA TORRES
                                             United States District Judge