UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SOJKA,

                Plaintiff,

-against-

STERLING MUDGE and UNITED STATES OF AMERICA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/24/2023_

23 Civ. 3741 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 12, 2023, the Court directed Plaintiff to file a motion for alternative service by October 20, 2023. *See* ECF No. 18. That submission is now overdue.

    Accordingly, by **October 30, 2023**, Plaintiff shall file his motion for alternative service.

    SO ORDERED.

Dated: October 24, 2023
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge