UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/18/2023_
```

JULIAN SOJKA,

               Plaintiff,

-against-

STERLING MUDGE and UNITED STATES OF AMERICA,

               Defendants.

23 Civ. 3741 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 14, 2023, the Court granted Plaintiff's motion for alternate service in part and directed Plaintiff to serve Defendant Mudge by certified mail, first class mail, and email. ECF No. 22 at 2. The Court also directed Plaintiff to "promptly file proof of service with the Court once alternative service has been effectuated." *Id.* The Court has yet to receive proof of service.

    Accordingly, by **January 3, 2024**, Plaintiff shall file a status update, addressing the status of alternative service and his intentions in prosecuting this action. Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

    SO ORDERED.

Dated: December 18, 2023
       New York, New York

                                       ANALISA TORRES
                                      United States District Judge