UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SOJKA,

                Plaintiff,

-against-

STERLING MUDGE and UNITED STATES OF AMERICA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2024

23 Civ. 3741 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 5, 2024, the Court ordered the case stayed until April 7, 2024, pursuant to the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. § 3932.  ECF No. 28.  That date has passed.  Accordingly, the stay is LIFTED.  By **May 7, 2024**, the parties shall file a joint status update.

    SO ORDERED.

Dated: April 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge