```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/24/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SOJKA,

                Plaintiff,

-against-

STERLING MUDGE and UNITED STATES OF AMERICA,

                Defendants.

23 Civ. 3741 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Defendant *pro se* Sterling Mudge's motion to dismiss. ECF No. 30; *see* ECF Nos. 31–32. Plaintiff, Julian Sojka, shall file his response to the motion by **May 15, 2024**. Mudge shall file his reply, if any, by **May 29, 2024**.

      SO ORDERED.

Dated: April 24, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge