UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SOJKA,<br><br>                    Plaintiff,<br><br>     -against-<br><br>STERLING MUDGE,<br><br>                    Defendant. | 23-CV-03741 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **August 14, 2024 at 11:00 AM**. Defendant and counsel for Plaintiff are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 233 585 604 #.**

DATED:  August 5, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge