UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SOJKA,<br><br>                  Plaintiff,<br><br>-against-<br><br>STERLING MUDGE,<br><br>                  Defendant. | 23-CV-03741 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 3, 2024, the Court ordered this case stayed until April 1, 2025, pursuant to the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. § 3932. (ECF 48.) Defendant shall, by **May 30, 2025**, submit a letter updating the Court about whether Defendant has completed the deployment that occasioned the current stay of this action (*see* ECF 45-1, Letter Confirming Deployment Orders).

DATED:  May 6, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge