UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SOJKA,<br><br>                    Plaintiff,<br><br>   -against-<br><br>STERLING MUDGE,<br><br>                    Defendant. | 23-CV-03741 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Having been informed that Defendant is no longer deployed overseas (ECF 51), the stay in this case (ECF 48) is lifted.

DATED:  May 28, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge