**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JULIAN SOJKA,

                        Plaintiff,                        23 **CIVIL** 3741(AT)(RFT)

       -against-                                     **JUDGMENT**

STERLING MUDGE,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 4, 2025, the Court adopts the Report & Recommendation in its entirety. Judgment entered in favor of Defendant. Accordingly, the case is closed.

**Dated:**  New York, New York
           August 4, 2025

                                                                **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                                             **BY:**
                                                                   **Deputy Clerk**